UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DANIEL CLARENCE FREDRICKS,<br><br>        Petitioner,<br><br>    v.<br><br>ELDON VAIL,<br><br>        Respondent. | CASE NO. C09-5599RBL/JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner will not be granted in forma pauperis status. Petitioner has paid the $5.00 Dollar filing fee and the motion is moot.

(3) The clerk is directed to send copies of this Order to Petitioner, and the Hon. J. Richard Creatura.

DATED this 5th day of November, 2009.

                                          /s/ Ronald B. Leighton<br>
                                        RONALD B. LEIGHTON<br>
                                        UNITED STATES DISTRICT JUDGE

ORDER - 1