UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DANIEL CLARENCE FREDRICKS,

    Petitioner,

    v.

ELDON VAIL,

    Respondent.

Case No. C09-5599RBL

ORDER

The underlying matter has been referred to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(A) and 636 (b)(1)(B), and Local Magistrate Judge's Rules MJR3 and MJR4. The matter is before the court on petitioner's motion for appointment of counsel (Dkt. 12). After reviewing the matter, the court finds and orders as follows.

There is no right to have counsel appointed in cases brought under 28 U.S.C. § 2254, unless an evidentiary hearing is required or such appointment is "necessary for the effective utilization of discovery procedures." McCleskey v. Zant, 499 U.S. 467, 495 (1991); United States v. Duarte-Higareda, 68 F.3d 369, 370 (9th Cir. 1995); United States v. Angelone, 894 F.2d 1129, 1130 (9th Cir. 1990); Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983); Rules

ORDER - 1

Governing Section 2254 Cases in the United States District Courts 6(a) and 8(c). The court also may appoint counsel "at any stage of the case if the interests of justice so require." <u>Weygandt</u>, 718 F.2d at 754. Petitioner has demonstrated his ability to articulate his claims; petitioner's motion for appointment of counsel is DENIED.

The Clerk is directed to mail a copy of this Order to petitioner.

Dated this 16th day of November, 2009.

J. Richard Creatura
United States Magistrate Judge

ORDER - 2