AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF WASHINGTON

DANIEL CLARENCE FREDRICKS

JUDGMENT IN A CIVIL CASE

v.

ELDON VAIL

CASE NUMBER: C09-5599 RBL/JRC

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) The Court adopts the Report and Recommendation;

(2) This petition is DISMISSED AS TIME BARRED; and

(3) In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED with respect to this petition.

|  |  |
|---|---|
| February 1, 2010 | BRUCE RIFKIN |
| Date | Clerk |

s/ Mary Trent
Deputy Clerk